

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the matter of K.S.,                    * From the County Court
                                            of Howard County
                                            Trial Court No. M-29954-F.

No. 11-19-00064-CV                        * April 25, 2019

                                          * Memorandum Opinion by Bailey, C.J.
                                            (Panel consists of: Bailey, C.J.,
                                            Stretcher, J., and Wright, S.C.J., sitting
                                            by assignment)
                                            (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.